SCANNED at PENDLETON and Emailed on
10-18-23 by [initials] - 20 pages.

# COMPLAINT FORM
(for filers who are prisoners without lawyers)
(revised 4/19/2022)

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF INDIANA

(Full name of plaintiff(s))

Christian Watkins

**FILED**
**10/18/2023**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

vs

(Full name of defendant(s))
Dennis Reagle, Vernon Osburn
Dr Mershon, Lisa Hamblin
Centurion Health

Case Number:

1:23-cv-01869-JRS-MKK
(To be supplied by clerk of court)

A. PARTIES:

1. Plaintiff is a citizen of Christian Watkins, and is located at
   (State)

   4490 W. Reformatory Rd, Pendleton, IN 46064
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper).

2. Defendant Dennis Reagle
   (Name)

# PARTIES

| | |
|---|---|
| Dr Mershon | Medical Director |
| Vernon Osburn | Nurse Practioner |
| Lisa Hamblin | Health Care Admin |
| Centurion Health | Contracted medical Provider |

All Defendants work at Indiana State Reformatory 4490 W. Reformatory Rd Pendleton, IN 46064

1. A

is (if a person or private corporation) a citizen of _____
                                                              (State, if known)
and (if a person) resides at _____
                                                              (Address, if known)
and (if the defendant harmed you while doing the defendant's job)

worked for Centurion Health, 4490 W Reformatory Rd Pendleton, IN 46064 (Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)
Dennis Reagle works for IDOC Same Address.

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

I'm An Inmate At Indiana State Reformatory I have a painful Injury on my Left Buttcheek That Left a Fist Size lump of Scar Tissue. And Damaged my Siatic nerve in my Left Leg, Any Pressure Causes Alot of Pain, Burning, Stinging I was told By A Surgeon That to Cut out The lump, Would Cause more Pain, Leave me with less tissue covering my Siatic nerve, Would Cause more harm Than Good. To Get with Prison Doctors Regarding, Physical Therpy, Soft place to Sit →

And Pain management, So As to Not Damage Nerves further.

But Since Early 2022 Through Now Oct 2023 Ive Submitted many Requests For Health Care. Here At Indiana State Reformatory (Here After ISR)

Ive Seen Dr Mershon (medical Director ISR) multiable times. He Refuses to Help in any way. Says I'm to Fat, Lose Weight, try Stretching, People in Prison Need to learn to live with Pain Even Severe Pain. He Cant treat The Pain Because I'm in Prison, WARDEN wont Allow him to treat Chronic Pain, Even Severe Chronic Pain. That He isnt Allowed to order Even medical mattress or Extra mattress. He did order Extra mattress once, But AFTER I left his office he Switched the order to Purchace Extra mattress from Commissary For $160.00. Witch I DID But Prison is now withholding Purchased

Mattress From me As Punishment. But DR Mershon Knows I have Injury That Is Serious Enough to need treatment And See Surgeon. And I need Physical Therapy. But Refuses to help For A Couple Reasons. Mainly he Says Sue him like Everyone else. But the less treatment And meds he has to order Saves Centurion the Corporation he works for Alot Of money. But he is Violating my Rights By Causing Unnessary + Wanton Pain to my Hip/Leg/Back. And Further Damaging my Siatic Nerve. Im Unable to Partisipate in Recreation, Programs, Showers, Exercise, It Interferes with my Sleep, Walking, Lifting, Standing, Sitting And Laying Down. It A horrable life to Constantly Be in Pain. Its Cruel And Unusual Punishment Violating my 8th Amendment Rights.

Between 2022 And Now Ive Seen Nurses Practioner Mr Vernon OsBurn Multiable times. Same Problems with him

He says he isn't allowed to treat severe nerve pain, and by law does not have to. He does say he will order Physical Therpy, But as of today I have not recieved any Physical Therpy. He says anything he orders Dr Mershon would just cancle. And even though this Injury Interfears with my sleeping, standing, walking, lifting, Recreaton, And causes many sleepless nights, Alot of pain + discomfort. He isnt allowed to treat Chronic nerve pain, even under Americans with Disibilitys Act. Because that doesn't apply to prisoners, He is causing unecessary + wanton pain in my leg, Back, hip further damaging my Sciatic nerve Violating my 8Th Amendment Rights to Cruel + Unusuall Punichment.

Warden Reagle is Violating my Rights to Cruel And Unusuall Punishment, By not Allowing Contracted Doctors, Nurse

Practicioners to Do Their Jobs. Not Allowing medically needed Extra Mattress, Commissary Purchased Mattresses. Physical Therapy with his Rules And Unwritten Policys And weird Administrative Punishments. Violating my 8th Amendment Rights And Americans with Disabilitys Acts.

Health Care Service Administrator (Gate Keeper) to Medical Lisa Hamblin Blocks Requests for Healthcare, Denies orders Requests Sent to Dr Mershon, Violating my 8th Amendment Rights to Cruel And Unusall Punishment Causing Unnessary + Wanton Pain And Further Damage. And Violating American with Disabilitys Act.

This has All happend Between 2022 And Oct 2023 At ISR. My Injury Causes me A lot Of Pain Discomfort Is Getting Worse Every Month. I Am Begging The Courts For

D-6 (revised 4/20/2022)         Complaint - 2 D

Help, I Dont Know What else to Do. But for them to Say Living in Constant And Severe Pain for the Rest of my life is Part of Prison Aint Right. This is my first Federal lawsuit in the 20+ years I've Been in Prison But I have No Choice At This Point.

They Are All Violating my 8th Amendment Rights And Americans With Disibillitys Act.

I'D Also like to Add Contracted medical Corparton to this lawsuit Because of Centurion Healths Standards And Practices And Policys of not treating nerve Pain they Are Violating my Rights to Cruel unusual punishment, And Violating the American With Disibilitys Act.

This lawsuit is Being Filed Against The Defendants in Their official And Personal Capistreys

Except Centraun Hewlth only offical Capasitys.

C.  JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.
OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$ _____ .

D.  RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I'D like The Court to order Dr mershon to Pay $100,000 one hundred Thousand Dollars for his unessary And wonton Inflicted of Pain violating 8th Amendment And ADA.

ORDER

Nurse Practioner Vernon Osburn to pay 100,000 one hundred Thousand Dollars for his unnessary And wanton Infliction of Pain on me Against 8Th Amendment. And ADA

## ORDER

Lisa Hamblin Health Care Administrator to Pay 50,000 Fifty Thousand Dollars for her Acts of Causing Unnessary Wanton Infliction of Pain & Violating 8th Amendment And ADA.

## ORDER

Warden Reagle to pay 100,000 One hundred Thousand Dollars for his Acts Policys That Cause Unnessary And Wanton Infliction of Pain & Violating 8th Amendment Rights And ADA

## ORDER

Centurion Health to Pay $500,000. five hundred Thousand Dollars for Their Violations of law Policys, Practices Causing Unnesary Wanton Infliction of Pain Violating 8th amendment And ADA.

D-6 (revised 4/20/2022)                        Complaint - 4 A

## ORDER

Centroun Health to Start Physical Therpy Immediatly

Start Some Kind of Pain management.

Provide me with medical matters.

## ORDER

Defendants to Pay Filing Fees, Judge I would Forgo The money part of This lawsuit If I could Recieve Real medical help, Physical Therpy, medical matters I purchased. + Filing Fees Its help I need medical Help.

But was told I had to ~~sue for~~ Sue for money to get into court.

E. JURY DEMAND

☒ Jury Demand – I want a jury to hear my case
    OR

☐ Court Trial – I want a judge to hear my case

Dated this 16th day of October 20 23

Respectfully Submitted,

_____
Signature of Plaintiff

129307
Plaintiff's Prisoner ID Number

4490 W Reformatory Rd
Pendleton IN, 46064
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

F. **OPTIONAL CERTIFICATION**
Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

_____ Signature of Plaintiff

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

D-6 (revised 4/20/2022)                Complaint - 5

☐   **I DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.