UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHRISTIAN WATKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:23-cv-01869-JRS-MKK |
| | ) |
| VERNON OSBURN, | ) |
| MERSHON Dr., | ) |
| LISA HAMBLIN, | ) |
| CENTURION HEALTH, | ) |
| DENNIS REGALE, | ) |
| | ) |
| Defendants. | ) |

## FINAL JUDGMENT

The Court now enters **FINAL JUDGMENT**. The action is **dismissed without prejudice**.

Date: 10/21/2023

*James R. Sweeney*

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: *Samantha Burmester*

Deputy Clerk, U.S. District Court

Distribution:

CHRISTIAN WATKINS
129307
PENDLETON - CF
PENDLETON CORRECTIONAL FACILITY
Inmate Mail/Parcels
4490 West Reformatory Road
PENDLETON, IN 46064